PD-0826-15

PD-0826-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/2/2015 11:43:40 AM
Accepted 7/2/2015 3:56:21 PM
ABEL ACOSTA
CLERK

No._____

**In the**
**COURT OF CRIMINAL APPEALS**

---

FILED IN
COURT OF CRIMINAL APPEALS

July 2, 2015

ABEL ACOSTA, CLERK

**CLIFTON CREWS HOYT**
*Petitioner*

**v.**

**THE STATE OF TEXAS**
*Respondent*

---

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**PETITION FOR DISCRETIONARY REVIEW**

---

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

Petitioner files this First Unopposed Motion for Extension of Time to File his Petition for Discretionary Review under Texas Rules of Appellate Procedure 10.1, 10.5(b), and 68.2(c). In support of this motion, Petitioner shows the following:

1. The Court of Appeals for the 3rd District in Austin, Texas rendered its opinion and judgment in ***Clifton Crews Hoyt v. The State of Texas***, **No. 03-14-00454-CR** on June 4, 2015. The petition for discretionary review is due no later than July 4, 2015.

2. Petitioner requests an extension of time of sixty days, to September 4, 2015, to file his Petition for Discretionary Review. This is Petitioner's **first** request for an extension of time in this case.

3. Petitioner relies on the following facts as a reasonable explanation for the requested extension of time. Petitioner's counsel and attorneys with his firm, in addition to preparing a brief on the merits in this case, must also devote time to the following additional matters:

**Prior to July 4, 2015**:

    Court appearances in *In re Bartels*, Case No. 200936401 in the 312th Judicial District, Harris County;

    Court appearances in *State v. Edward Martinez*, Case No. 14-DCR-067371 in the 434th Judicial District, Fort Bend County;

    Previously scheduled vacation from June 9 through 19, 2015.

    Court appearances in *State of Texas v. Johnathan Cherry*, Case Nos. 1462560 & 1462561 in the 178th Judicial District, Harris County;

    Court appearances in *State of Texas v. Lorence Hubler*, Case No. 1441117 in the 351st Judicial District, Harris County;

Court appearances in *State of Texas v. Larry Cole*, Case No. 15-02-01835-CR in the 9th Judicial District, Montgomery County;

Pretrial Hearing in *State of Texas v. Brian Rich*, Case No. 1426217 in the 337th Judicial District, Harris County;

Trial Setting in *State of Texas v. Brian Rich*, Case No. 1426217 in the 337th Judicial District, Harris County;

Court appearances in *State of Texas v. Cristian Salmeron*, Case No. 1458853 in the 230th Judicial District, Harris County;

Motion hearing in *TNT Crane v. Gorham*, Case No. 1059057 in Harris County Civil Court at Law No. 3;

Court appearances in *State of Texas v. Katalin Downing*, Case No. 2021127 in the Harris County Criminal Court at Law No. 4; and

Court appearances in *State of Texas v. Patrick Downing*, Case No. 2021128 in the Harris County Criminal Court at Law No. 4.
.

**After July 4, 2015**:

Court appearances in *State of Texas v. Daniel Alba*, Case No. 2034027 in the Harris County Criminal Court at Law No. 9

Sentencing in *United States v. Ali Irsan*, No. 4:14-cr-00248 in the Southern District of Texas;

Court appearances in *State v. Edward Martinez*, Case No. 14-DCR-067371 in the 434th Judicial District, Fort Bend County;

Court appearances in *Harris County v. Darlene Brown, et al.*, Case No. 201446507 in the 152nd Judicial District, Harris County;

Previously scheduled vacation from July 20 through 31, 2015.

Court appearances in *State of Texas v. Johnathan Cherry*, Case Nos. 1462560 & 1462561 in the 178th Judicial District, Harris County;

Pretrial Hearing in *State of Texas v. Brian Rich*, Case No. 1426217 in the 337th Judicial District, Harris County;

Trial Setting in *State of Texas v. Brian Rich*, Case No. 1426217 in the 337th Judicial District, Harris County;

Court appearances in *State of Texas v. Cristian Salmeron*, Case No. 1458853 in the 230th Judicial District, Harris County;

Court appearances in *State of Texas v. Katalin Downing*, Case No. 2021127 in the Harris County Criminal Court at Law No. 4; and

Court appearances in *State of Texas v. Patrick Downing*, Case No. 2021128 in the Harris County Criminal Court at Law No. 4.

Pretrial conference in *State of Texas v. Lorence Hubler*, Case No. 1441117 in the 351st Judicial District, Harris County;

Hearing on Motion to Suppress in *State of Texas v. Lorence Hubler*, Case No. 1441117 in the 351st Judicial District, Harris County; and

Court appearances in *State of Texas v. Larry Cole*, Case No. 15-02-01835-CR in the 9th Judicial District, Montgomery County.

4. The undersigned has conferred with Assistant District Attorney Richard Villarreal, who indicated that the State of Texas is **UNOPPOSED** to this request.

Therefore, Petitioner prays that this Court grant this motion for extension of time.

Respectfully Submitted,

**/s/ John T. Floyd III**
John T. Floyd III
SBN 00730700
2000 Smith Street
Houston, Texas 77002
Phone: 713-224-0101
Fax: 713-237-1511

**CERTIFICATE OF CONFERENCE**

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Assistant District Attorney Richard Villarreal, who indicated that this motion is **unopposed**.


**/s/ John T. Floyd III**
John T. Floyd III

## CERTIFICATE OF SERVICE

I certify that, on July 2, 2015, I served a copy of this motion by First Class, United States mail, facsimile, or any other valid method of service on the following:

Richard Villarreal
Assistant District Attorney
Tom Green County, Texas
124 W. Beauregard, Suite B
San Angelo, Texas 76903
Tel: 325-659-6584
Fax:  325-658-6831
Richard.Villarreal@co.tom-green.tx.us


**/s/ John T. Floyd III**
John T. Floyd III

No._____

**In the**
**COURT OF CRIMINAL APPEALS**

---

**CLIFTON CREWS HOYT**
*Petitioner*

**v.**

**THE STATE OF TEXAS**
*Respondent*

---

**ORDER ON PETITIONERS FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

---

The above and foregoing Appellant's First Unopposed Motion for Extension of Time Within Which to File Petition for Discretionary Review, having been duly considered by the Court, it is hereby ordered that the Motion be and hereby is **GRANTED**.

Appellant's Petition for Discretionary Review is due to be filed on _____.

SIGNED on this the \_\_\_\_ day of _____, 2015.

_____
**JUDGE PRESIDING**